[No. 25299-2-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEE PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02692-6, Carmen Otero, J., entered July 25, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 26810-4-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. COLEMAN EMMANUEL CALLOWAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00254-0, Anne L. Ellington, J., entered August 20, 1990. *Reversed* by unpublished per curiam opinion.

[No. 27618-2-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM L. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03271-6, Robert E. Dixon, J., entered December 18, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27409-1-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO L. DELGADO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04858-2, Donald D. Haley, J., entered December 4, 1992. *Dismissed* by unpublished per curiam opinion.